UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATAGENE CALIFORNIA, a California corporation,<br><br>          Plaintiff,<br><br>  vs.<br><br>BIO-RAD LABORATORIES, INC., a Delaware corporation; MJ GENEWORKS, a corporation; and, MJ RESEARCH, INC., a Massachusetts corporation,<br><br>          Defendants. | Case No. 3:06-CV-02553 BTM (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR FILE OTHER RESPONSIVE PLEADING** |

IT IS HEREBY ORDERED that the joint motion to extend time to respond to the complaint is GRANTED. Defendants shall answer or otherwise respond to the Complaint on or before July 11, 2007.

**IT IS HEREBY ORDERED**:

Date: June 18, 2007

                                                Barry Ted Moskowitz
                                                United States District Judge