UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATAGENE CALIFORNIA, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BIO-RAD LABORATORIES, INC., a Delaware corporation; MJ GENEWORKS, a corporation; and, MJ RESEARCH, INC., a Massachusetts corporation,<br><br>　　　　　　Defendants. | Case No. 3:06-CV-02553 BTM (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR FILE OTHER RESPONSIVE PLEADING** |

　　　IT IS HEREBY ORDERED that the joint motion to extend time to respond to the complaint is GRANTED. Defendants shall answer or otherwise respond to the Complaint on or before August 10, 2007.

　　　**IT IS HEREBY ORDERED.**

Dated: July 12, 2007

　　　　　　　　　　　　　　　　　　　　／s／ Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 3:06-CV-02553 BTM (CAB)

1